# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LAWRENCE E. CHAVEZ, | § § | |
| *Plaintiff,* | § § | Civil Action No. 4:23-cv-00413 |
| v. | § § | Judge Mazzant/Judge Davis |
| WELLS FARGO BANK, N.A., | § § § | |
| *Defendant.* | § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge filed in this matter on this date, it is hereby

**CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff's case against Defendant Wells Fargo Bank, N.A., is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 7th day of April, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE